## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | CR. NO. 05-00348-CG |
| ) | |
| HEATH EDWIN DOGGETTE, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This cause is before the court on the United States' motion to dismiss (Doc. 22), in which the government moves to dismiss the indictment currently pending against defendant on the grounds that he has successfully completed the required pretrial diversion program.

After due consideration and pursuant to Fed.R.Crim.P. 48(a), the court finds that the government's motion is due to be, and hereby is **GRANTED**.  All charges currently pending in the Indictment filed on December 28, 2005 against Heath Edwin Doggette are hereby **DISMISSED**.

**DONE and ORDERED** this 12th day of March, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE